**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 17, 2016.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-16-00905-CV

---

## HARRIS COUNTY, TX, Appellant

## V.

## GASPAR ORLANDO GARCIA, Appellee

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2016-16976**

---

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed November 1, 2016. On November 14, 2016, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is **DISMISSED**.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Donovan.